Dino J. BROCCOLI, Plaintiff—
Appellant,

and

**Andrew Sklar, Esquire and Trustee
of Dino J. Broccoli, Plaintiff,**

v.

**ECHOSTAR  COMMUNICATIONS
CORPORATION; Dish Network Service  Corporation;  Stacie  Andersen,
Defendants—Appellees.**

**Sandra Fuller, Movant.**

**No. 05–1625.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 26, 2006.

Decided: Jan. 30, 2006.

Dino J. Broccoli, Appellant Pro Se. Robert Ross Niccolini, Elena Daly Marcuss, Mcguirewoods, L.L.P., Baltimore, Maryland, for Appellees.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

**PER CURIAM:**

Dino J. Broccoli appeals from the district court's denial of his motion for a new trial following the jury's verdict returned after seven days of witness testimony, in his civil discrimination case filed against his former employer, in which he alleged sexual harassment and retaliation. Having reviewed the record and the issues raised on appeal, we find that the appeal is without merit. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. *Broccoli v. EchoStar Commnc'ns Corp.*, No. CA–03–3447–AMD (D.Md. Mar. 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*DISMISSED*